UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN THE MATTER OF                                    ) IN PROCEEDINGS UNDER CHAPTER 13

THOMAS M. DANEHY & MARIA P. MALFA       ) CASE NO. 09-21837 asd

    DEBTOR(S)                                    ) JULY 14, 2014

### MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO MODIFY THE PLAN

Molly T. Whiton, Chapter 13 Trustee, respectfully represents:

    The above case was confirmed on 5/16/11.

    The Internal Revenue Service filed amended claim #2-5 in the amount of $27633.73 (priority unsecured) and $1019.00 (general unsecured), which claim is not fully provided for in the confirmed plan.

    As a result of the above the plan is under-funded.

WHEREFORE, the Trustee moves that the proceeding be dismissed, or, in the alternative, that the Plan be modified to provide for the payment of this claim.

    /s/ Molly T. Whiton
    Molly T. Whiton, Chapter 13 Trustee
    10 Columbus Boulevard
    Hartford, CT  06106
    Tel:  860-278-9410 Fax: 860-527-6185
    Email: mtwhiton@mtwhiton.com Fed. Bar #02214

    This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

Debtor(s) herein:
THOMAS M. DANEHY & MARIA P. MALFA
11 LOVELACE DRIVE
WEST HARTFORD, CT  06117

Served electronically:
ATTORNEY FOR THE DEBTOR(S): SUZANN L. BECKETT, ESQ.: suzannB@Beckett-Law.com

OFFICE OF THE UNITED STATES TRUSTEE at:  USTPRegion02.NH.ECF@USDOJ.GOV.

    /s/ Molly T. Whiton
    Molly T. Whiton, Chapter 13 Trustee
    10 Columbus Boulevard
    Hartford, CT  06106
    Tel:  860-278-9410 Fax: 860-527-6185
    Email: mtwhiton@mtwhiton.com Fed. Bar #02214

    PLEASE SET FOR 8/28/14