Form ntchrgBKNHs

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Debtor(s) name(s) used by the debtor(s) in the last 8 years including married, maiden, trade and address):

Thomas M. Danehy                           Maria P. Malfa
11 Lovelace Drive                          11 Lovelace Drive
West Hartford, CT 06117                    West Hartford, CT 06117

Bankruptcy Proceeding No.:  09–21837
Chapter: 13
Judge:  Albert S. Dabrowski

## NOTICE OF HEARING

**The Trustee has filed papers with the court.**

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103

on 8/28/14 at 02:00 PM

to consider and act upon the following:

*67* – Motion to Dismiss Case For Failure to Provide for Claim #2–5 by Internal Revenue Service Filed by Molly T. Whiton on behalf of Molly T. Whiton, Trustee, or in the alternative Motion to Modify a Confirmed Plan (and certification thereon) Filed by Molly T. Whiton on behalf of Molly T. Whiton, Trustee (RE: 40 Amended/Modified Chapter 13 Plan filed by Debtor Thomas M. Danehy, Debtor Maria P. Malfa, 61 Amended/Modified Chapter 13 Plan filed by Debtor Thomas M. Danehy, Debtor Maria P. Malfa) (Whiton, Molly)

**NOTICE IS FURTHER GIVEN that, unless otherwise ordered by the court the initial hearing on the foregoing will be a nonevidentiary hearing and, further,** that said hearing may be continued or adjourned from time to time without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date of Issuance by the Clerk: 7/15/14

Gary M Gfell

Clerk, U.S. Bankruptcy Court