UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | | |
|---|---|---|
| IN RE: | | |
| THOMAS M. DANEHY | : | CHAPTER 13 |
| MARIA P. MALFA | | |
|     DEBTORS | : | CASE NO. 09-21837 |
| | | |
| AMERICA EAGLE FEDERAL CREDIT UNION | | |
|     MOVANT | : | DOC ID NO. |
| VS. | | |
| THOMAS M. DANEHY | | |
| MARIA P. MALFA, DEBTORS | : | SEPTEMBER 9, 2014 |
| MOLLY T. WHITON, TRUSTEE | | |
|     RESPONDENTS | | |

## AMENDED NOTICE OF TRANSFER OF CLAIM

Notice is hereby given that Claim # 6 has been service transferred from Dovenmuehle Mortgage, Inc. to Cenlar. By reason of the aforesaid transfer, all notices and payments relating to Claim #6 should be forwarded to Movant's servicer: Cenlar, 425 Phillips Blvd, Ewing, NJ 08618. The last four digits by which Movant identifies said claim is: 6573.

MOVANT

By_____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
Fed ID No. CT 22287

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, post prepaid, and/or sent via ECF e-mail this 9th day of September, 2014 to the following:

Thomas M. Danehy
Maria P. Malfa
11 Lovelace Drive
West Hartford, CT 06117
(Debtors)

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
(Debtors' Attorney)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120
(860) 808-0606 x 5156
Fed ID No. CT 22287